Kyle E. Yaege, Esq. (SB # 246918)
LAW OFFICES OF KYLE YAEGE, A.P.C.
225 Broadway, Suite 2220
SAN DIEGO, CALIFORNIA 92101-3452
TEL: (619) 238-9200
FAX: (619) 238-9201
EMAIL: key@yaegelaw.com

Attorney for Plaintiff
CURTIS MOORE, an individual

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MOORE, an individual, | Case No. 11CV1108AJBMDD |
| Plaintiff, | |
| v. | **PLAINTIFF'S JURY DEMAND** |
| INX, INC., a Delaware corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

TO:   INX, INC., a Delaware corporation, and DOES 1-10, inclusive, and THEIR

ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT: Plaintiff CURTIS

MOORE, hereby demands a jury trial in this matter.

May 20, 2011

By: s/ Kyle Yaege
　　　Law Offices Of Kyle Yaege, A.P.C.
　　　By: Kyle E. Yaege, Esq.
　　　Attorney for Plaintiff
　　　CURTIS MOORE