# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MOORE,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>INX, INC.,et al. ,<br><br>　　　　　　　　Defendants. | CASE NO. 11cv1108-AJB (MDD)<br><br>ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE |

Due to a conflict in the Court's calendar the mandatory settlement conference currently scheduled for April 11, 2012 is vacated and rescheduled to **April 4, 2012, at 9:30 a.m.** Settlement conference briefs are due on or before **March 28, 2012**. All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: January 13, 2012

　　　　　　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge