# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MOORE,<br><br>                                 Plaintiff,<br>  vs.<br><br>INX, INC.,et al.,<br><br>                                Defendants. | CASE NO. 11cv1108-AJB (MDD)<br><br>ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO TELEPHONIC CASE MANAGEMENT CONFERENCE |

      Upon review of the status of the case, the April 4, 2012, mandatory settlement conference will be converted to a **telephonic** Case Management Conference on **April 4, 2012, at 9:15 a.m.** Counsel for Defendant INX is instructed to initiate the joint call to the Court at 619-446-3972 or to arrange a conference call provide to the Court and all parties a dial-in number. The Court should be notified of any dial-in information via email to efile_dembin@casd.uscourts.gov.

      IT IS SO ORDERED.

DATED: February 23, 2012

                                                            Hon. Mitchell D. Dembin
                                                            U.S. Magistrate Judge