UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM JUDGE ANTHONY J. BATTAGLIA TO JUDGE CATHY ANN BENCIVENGO | ) ) TRANSFER ORDER ) ) ) |

    IT IS HEREBY ORDERED THAT the following listed cases are transferred from the calendar of Judge Anthony J. Battaglia to the calendar of Judge Cathy Ann Bencivengo for all further proceedings. All conferences or hearing dates now set before Judge Battaglia are now set before Judge Bencivengo until further order from Judge Bencivengo. Any dates set before any magistrate judge remain unchanged.

    04-cv-00807-AJB (BGS)    Kelly v. Provident Life and Accident Insurance Company, et al

    06-cv-01670-AJB (NLS)    United State of America v. 127.60 Acres of Land

    <u>Related Cases</u>:

        3:08-cv-506-AJB -NLS    United State of America v. 53.14 Acres of Land et al.

        3:10-cv-00424-AJB -NLS    United State of America v. 0.12 Acres of Land et al.

        3:12-cv-00304-AJB -NLS    United States of America v. 2.81 Acres of Land et al

        3:12-cv-00313-AJB-NLS    United States of America v. 5.095 Acres of Land et al

    09-cv-01344-AJB (MDD)    Brecher et al v. Citigroup Global Markets, Inc. et al

    09-cv-01436-AJB (WMC)    Murphy v. Target Corporation et al

| | | |
|---|---|---|
| 1 | 09-cv-01839-AJB (WMC) | Chan v. Chancelor |
| 2 | <u>Related Case:</u> | |
| 3 | 12-cv-00188-AJB (WMC) | Wolosin v. SunTrust Mortgage, Inc. et al |
| 4 | 09-cv-01955-AJB (MDD) | Pauma Band of Luiseno Mission Indians of the Pauma & Yuima |
| 5 | | Reservation v. State of California et al |
| 6 | 10-cv-02015-AJB (RBB) | Abo-Shihata v. Holder |
| 7 | 10-cv-02311-AJB (MDD) | Prime Healthcare Paradise Valley, LLC v. Blue Cross-Blue Shield |
| 8 | | of Alabama et al |
| 9 | <u>Related Case:</u> | |
| 10 | 11-cv-01886-AJB (MDD) | Prime Valley Healthcare Paradise Valley, LLC v. |
| 11 | | Wal-Mart Stores, Inc. et al |
| 12 | 11-cv-00988-AJB (BLM) | Maguire v. Citibank, N.A. et al |
| 13 | 11-cv-01108-AJB (MDD) | Moore v. INX, Inc. et al |
| 14 | 11-cv-01498-AJB (WVG) | Clark v. Lowe's HIW, Inc. et al |
| 15 | 11-cv-01607-AJB (WMC) | Oakley, Inc. v. Mountain View Marketing, Inc. |
| 16 | 11-cv-03009-AJB (WVG) | Thomas v. LaSalle Bank, N.A. et al |
| 17 | 12-cv-00037-AJB (RBB) | Fateri et al v. Jauregui |

IT IS SO ORDERED.

DATED: March 6, 2012

_____
Hon. Anthony J. Battaglia
U.S. District Judge