# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MOORE,<br><br>                               Plaintiff,<br>      vs.<br><br>INX, INC., et al.,<br><br>                               Defendants. | CASE NO. 11cv1108-CAB (MDD)<br><br>ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE |

Based upon the status of the case the telephonic Case Management Conference (CMC) currently scheduled for **April 4, 2012,** is **vacated.** The Court will **reschedule** the CMC to **May 24, 2012, at 9:15 a.m.** The Court anticipates the pleadings should be settled by that time. Counsel for Defendant INX is instructed to initiate the joint call to the Court at 619-446-3972 or to arrange a conference call and provide to the Court and all parties a dial-in number. The Court should be notified of any dial-in information via email to efile_dembin@casd.uscourts.gov.

IT IS SO ORDERED.

DATED: April 3, 2012

                                                    Hon. Mitchell D. Dembin
                                                    U.S. Magistrate Judge