# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MOORE, an individual ) | **Case No.** 11cv1108-CAB (MDD) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION** |
| ) | **FOR LEAVE TO FILE SECOND** |
| v. ) | **AMENDED COMPLAINT** |
| ) | |
| INX, Inc., a Delaware corporation, ) | [Doc. No. 25] |
| RAYMOND E. MAYBUS, Secretary, ) | |
| Department of the Navy, and DOES 1-10, ) | |
| inclusive. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    Good cause appearing, the Joint Motion for Leave to File Second Amended Complaint, [Doc. No. 25,] is GRANTED.  Plaintiff is directed to file a Second Amended complaint within ten business days.

IT IS SO ORDERED:

DATED: April 27, 2012

                                                                                         CATHY ANN BENCIVENGO
                                                                                          U.S. District Judge