SAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ **District of** _____ California

Curtis Moore

Plaintiff (s),

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

V.

INX, Inc., et. al.

Defendant (s),

**CASE NUMBER:**   11-CV-1108-AJB

Notice is hereby given that, subject to approval by the court,   Curtis Moore   substitutes

(Party (s) Name)

Norman B. Blumenthal, Esq. _____ , State Bar No.   CA # 068667   as counsel of record in

(Name of New Attorney)

place of   Kyle E. Yaege, Esq.

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Blumenthal, Nordrehaug & Bhowmik

Address:          2255 Calle Clara, San Diego, CA 92037

Telephone:       (858) 551-1223            Facsimile   (858) 551-1232

E-Mail (Optional):   norm@bamlawca.com

I consent to the above substitution.

Date:   13 April 2012

Curtis Moore

(Signature of Party (s))

I consent to being substituted.

Date:   4/16/12

Kyle Yaege Esq

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   3 May 2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]