1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS MOORE,<br><br>         Plaintiff,<br>vs.<br><br>INX, Inc., et al.,<br><br>         Defendants. | CASE No. 11-CV-1108<br><br>ORDER GRANTING MOTION TO ALLOW SUBSTITUTION OF COUNSEL<br><br>[Doc. Nos. 28-29] |

The Court, having reviewed the Plaintiff's motion to allow substitution of counsel, and good cause appearing, hereby **GRANTS** the motion. Norman B. Blumenthal, Esq. shall be counsel of record for Plaintiff Curtis Moore, in place of attorney, Kyle E. Yaege, Esq.

**IT IS SO ORDERED.**

DATED: May 15, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge